of Appeals for the Seventh Circuit denied. *Mr. Perry J. Stearns* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Oscar A. Provost* and *Valentine Brookes* for the United States.

No. 221. DEAN, DOING BUSINESS AS RED RIVER BARGE LINE, *v.* BARGE TRANSPORT CO. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs L. J. Benckenstein, George W. Brown, Jr.,* and *Selim B. Lemle* for petitioner. *Mr. H. Cecil Kilpatrick* for respondent.

No. 224. VERTEX INVESTMENT CO. *v.* SCHWABACHER ET AL., EXECUTORS, ET AL. October 11, 1943. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California denied. *Mr. Philip S. Ehrlich* for petitioner. *Mr. Maurice E. Harrison* for respondents.

No. 228. MORRIS & ESSEX RAILROAD CO. ET AL. *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frederick M. Schlater* and *Samuel Hershenstein* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Paul R. Russell* for the United States.

No. 229. COLLINS ET AL. *v.* O'CONNELL ET UX. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr.*

*Thomas Owen Marlar* for petitioners. *Mr. J. L. Gust* for respondents.

No. 230. WESTGATE *v.* TIMMER, RECEIVER, ET AL. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Elmore L. Westgate, pro se.* *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Homer R. Miller,* and *Miss Helen R. Carloss* for the United States; and *Bertha L. Westgate, pro se,*—respondents.

No. 231. UNITED STATES EX REL. PARKER *v.* CAREY, SHERIFF. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Wm. Scott Stewart* for petitioner.

No. 233. NYE *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. L. R. Varser, Ozmer L. Henry,* and *R. A. McIntyre* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Oscar A. Provost* for the United States.

No. 236. UNITED STATES EX REL. GUTTERSON *v.* THOMPSON, WARDEN. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Saperstein* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for respondent.